**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 119 EAL 2018
:
            Respondent              :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
                  v.                :
:
:
WILLIAM QUATTLEBAUM,          :
:
            Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.